UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUNIUS J. JOYNER, III,** | Case No: 1:20-cv-01440-TJK |
| Plaintiff. | |
| vs. | **NOTICE OF CHANGE OF ADDRESS** |
| **MORRISON & FOERSTER LLP, ET AL.** | |
| Defendants. | |

### NOTICE

Plaintiff, Junius Joyner, III, *pro se* ("Father"), hereby notifies this Court and Defendants' counsel that Father's address has changed effective June 9, 2022.

**Old Address:** 2220 Henry Watts Loop, Woodbridge, VA 22191; Tel: 202.674.9612

**New Address:** 6200 Hollywood Blvd. #2230 Los Angeles, CA 90028; Tel: 202.674.9612

This day June 9th, 2022.

By: /s/ Junius Joyner, III

Junius Joyner, III
Plaintiff, *pro se*
6200 Hollywood Blvd #2300
Los Angeles, CA 90028
(202) 674-9612
juniusjoyner@yahoo.com

RECEIVED
Mail Room
JUN 14 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## CERTIFICATE OF SERVICE

I hereby certify that on the **9th** day of June 2022 a true copy of the **NOTICE OF CHANGE OF ADDRESS** was mailed first-class to Defendants' counsel, Christopher E. Humber, 1909 K Street, N.W., Suite 1000, Washington, D.C. 20006, along with an electronic copy sent to chris.humber@ogletree.com.

This day June 9, 2022.

By: /s/ Junius Joyner, III, Esq.

Junius Joyner, III, Esq.
Plaintiff, *pro se*
6200 Hollywood Blvd #2300
Los Angeles, CA 90028
(202) 674-9612
juniusjoyner@yahoo.com

2

