## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JUNIUS J. JOYNER, III,

       *Plaintiff*,

v.

MORRISON & FOERSTER LLP *et al.*,

       *Defendants*.

Civil Action No. 20-1440 (TJK)

## ORDER

For the reasons set forth in the Court's accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' Motion to Dismiss, ECF Nos. 32-1, 34, is **GRANTED**. Plaintiff's Third Amended Complaint, ECF Nos. 30, 31, is hereby **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that Plaintiff's Motion to Compel a Discovery Conference, ECF No. 49, is **DENIED** as moot, and Plaintiff's Unopposed Motion to Decide the Motion to Compel on the Papers, ECF No. 52, is **GRANTED**. This is a final, appealable order. The Clerk of Court is directed to close the case.

      **SO ORDERED.**

                               /s/ Timothy J. Kelly
                               TIMOTHY J. KELLY
                               United States District Judge

Date: September 27, 2023