IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUNIUS J. JOYNER, III,**<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**MORRISON & FOERSTER EL AL.**<br><br>　　　　Defendant. | Case No: 1:20-cv-01440-TJK<br>Hon. Timothy J. Kelly<br><br>**NOTICE OF APPEAL** |

**COMES NOW**, pursuant to Fed. R. App. P. Rule 3, Plaintiff/Appellant, Junius J. Joyner, III, *pro se*, hereby appeals the final judgement entered by this Court on September 27, 2023 to the United States Court of Appeals for the District of Columbia Circuit, Dkt. No. 56. Plaintiff/Appellant prays the order be reversed or, in the alternative, reversed and remanded for further proceedings consistent with the opinion of the appellate court.

As of this day, October 13, 2023.　　Junius Joyner, III
　　　　　　　　　　　　　　　　　　Plaintiff/Appellant, *pro se*
　　　　　　　　　　　　　　　　　　1905 N. Wilcox Avenue, #440
　　　　　　　　　　　　　　　　　　Los Angeles, CA 90068
　　　　　　　　　　　　　　　　　　424.352.6193
　　　　　　　　　　　　　　　　　　juniusj3@yahoo.com


　　　　　　　　　　　　　　　　By:　/s/ Junius Joyner, III



RECEIVED
Mail Room

OCT 23 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## CERTIFICATE OF SERVICE

I, Junius Joyner, III, hereby certify that on the **13th** day of October 2023 a true copy of **NOTICE OF APPEAL** was mailed first-class to Defendant's counsel, OGLETREE & DEAKINS, Christopher E. Humber, 1909 K Street, N.W., Suite 1000, Washington, D.C. 20006, along with an electronic copy sent to chris.humber@ogletree.com.

This day October 13, 2023.

By:   /s/ Junius Joyner, III

Junius Joyner, III
Plaintiff/Appellant, *pro se*
1905 N. Wilcox Avenue, #440
Los Angeles, CA 90068
424.352.6193
juniusj3@yahoo.com

October 13, 2023

Junius Joyner, III
1905 N. Wilcox Avenue #440
Los Angeles, CA 90068

United States District Court
District of Columbia
Clerk of the Court
333 Constitution Avenue N.W., Room 1225
Washington D.C. 20001

Re:  1:20-cv-01440-TJK

Good morning Clerk,

Please find plaintiff's Notice of Appeal enclosed.

Sincerely,

Junius Joyner, III

RECEIVED
Mail Room

OCT 23 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia